---
Wilkes *v.* Wilkes.
---

tions has the effect of a confirmation of the part of the report embraced in such exceptions. (2 *Smith's Chan. Pr.* 346. 2 *Dan. Chan. Pr.* 959.)

The order appealed from must be affirmed, with costs.

---

---

### WILKES *vs.* WILKES and others.

Where the register is appointed guardian ad litem, in a partition suit, the trust, upon his resignation of his office of register, devolves upon his successor in office; and notices and other papers in the cause must be served upon the latter.

A MOTION was made, founded upon a service on the former assistant register, as guardian ad litem of some of the defendants, in a partition cause, who were infants.

Underhill *v.* Jackson.

*H. H. Martin,* for complainant.

The CHANCELLOR decided, that the service of a notice upon the former assistant register, as guardian ad litem, after he had resigned and a new assistant register had been appointed, was not sufficient; for the assistant register having been appointed guardian ad litem, by virtue of his office, upon his resignation, the statute constituted his successor in the office guardian ad litem, in his place. The chancellor therefore held that services in cases thus situated should be made upon the new assistant register.